```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 15-02443-MDF
Carlos Gonzalez-Ramirez                                             Chapter 13
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-1           User: TWilson                Page 1 of 1                  Date Rcvd: Dec 15, 2016
                               Form ID: ordsmiss            Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2016.
```
db             +Carlos Gonzalez-Ramirez,    260 West Maple Street,    York, PA 17401-2146
4656490        +York County Domestic Relations,    100 West Market Street,    York, PA 17401-1332
4656491         York County Tax Claim Bureau,    Administrative Center,    28 East Market Street,
                 York, PA 17401-1577
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4656488        +EDI: ACBK.COM Dec 15 2016 19:03:00      American Credit Acceptance,    961 E Main Street,
                 Spartanburg, SC 29302-2185
4656489         E-mail/Text: camanagement@mtb.com Dec 15 2016 19:04:15      M & T Bank,    PO BOX 900,
                 Millsboro, DE 19966
4666776         E-mail/Text: camanagement@mtb.com Dec 15 2016 19:04:15      M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2016 at the address(es) listed below:
```
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Tony Santo Sangiamo    on behalf of Debtor Carlos  Gonzalez-Ramirez tsanlaw@gmail.com,
               kathyslaw88@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    M&T Bank wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                              TOTAL: 5
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Carlos Gonzalez−Ramirez<br>**Debtor(s)** | Chapter 13 |
| | Case No. 1:15−bk−02443−MDF |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: December 15, 2016

By the Court,

*Mary D. France*

Honorable Mary D. France
United States Bankruptcy Judge
By: TWilson, Deputy Clerk